IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00388-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARTIN ORTIZ-AGUIRRE,

    Defendant.
_____

**ORDER**
_____

    PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on May 10, 2012, it is

    ORDERED that Defendant Martin Ortiz-Aguirre, is sentenced to TIME SERVED.

    DATED: May 10, 2012

                      BY THE COURT:

                      _____
                      JUDGE
                      United States District Judge